# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELINI PHARMA INC., ANGELINI, ANGELINI LABOPHARM LLC, ENDO, ENDO HEALTH SOLUTIONS, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., GRUPPO ANGELINI, LABOPHARM INC., LABOPHARM USA, INC., PALADIN LABS, INC., TEVA PHARMACEUTICALS USA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02593-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

By stipulation of Plaintiff and Defendants Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc.,

IT IS HEREBY ORDERED that Defendants Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc. are granted an extension of 28 days to answer or otherwise respond to the Complaint.

IT IS HEREBY ORDERED that these Defendants shall answer or otherwise respond to the Complaint no later than February 13, 2018.

Dated: 1/18/2018

Troy L. Nunley
United States District Judge