KATHLEEN M. RHOADS (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant
TEVA PHARMACEUTICALS USA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELINI PHARMA INC., ANGELINI, ANGELINI LABOPHARM LLC, ENDO, ENDO HEALTH SOLUTIONS, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., GRUPPO ANGELINI, LABOPHARM INC., LABOPHARM USA, INC., PALADIN LABS INC., TEVA PHARMACEUTICALS USA, INC., and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:17-cv-02593-TLN-KJN<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR DEFENDANT TEVA PHARMACEUTICALS USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Based upon the Stipulation Extending Deadline for Defendant Teva Pharmaceuticals USA, Inc. to Respond to Plaintiffs' Complaint filed on January 12, 2018 (Docket No. 8), and good cause appearing,

**IT IS HEREBY ORDERED** that Teva Pharmaceuticals USA, Inc. may have an extension of twenty-eight (28) days, until February 13, 2018, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: 1/31/2018

_____
Troy L. Nunley
United States District Judge