KATHLEEN M. RHOADS (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant
TEVA PHARMACEUTICALS USA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELINI PHARMA INC., ANGELINI, ANGELINI LABOPHARM LLC, ENDO, ENDO HEALTH SOLUTIONS, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., GRUPPO ANGELINI, LABOPHARM INC., LABOPHARM USA, INC., PALADIN LABS INC., TEVA PHARMACEUTICALS USA, INC., and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:17-cv-02593-TLN-KJN<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR DEFENDANT TEVA PHARMACEUTICALS USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## STIPULATION TO EXTEND TIME TO RESPOND

IT IS HEREBY STIPULATED, by and between Plaintiff Toby Henry ("Plaintiff") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") as follows:

WHEREAS Plaintiff filed his Complaint for Damages in the above-captioned action on December 12, 2017;

WHEREAS Plaintiff's Complaint and corresponding Summons were served on Teva on December 26, 2017;

WHEREAS, on January 31, 2018, the Hon. Troy L. Nunley signed an Order extending

-1-

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

the deadline for Teva's response to the Complaint to February 13, 2018 based upon a Stipulation between counsel for Plaintiff and Teva and good cause appearing thereon [Doc. 15];

WHEREAS counsel for Plaintiff and counsel for Teva are currently engaged in ongoing discussions regarding how this action should proceed and collectively agree Teva should have until March 12, 2018 to file a response to the Complaint;

WHEREAS Plaintiff and Teva are the only parties impacted by this Stipulation and this Stipulation will not result in prejudice to any party;

NOW THEREFORE, Plaintiff and Teva, by and through their counsel of record, hereby stipulate and agree that Teva should have until March 12, 2018 to file a response to the Complaint under FRCP Rule 12.

Nothing in the Stipulation shall constitute a waiver of any arguments or defenses that Teva or Plaintiff may wish to assert in the future, all of which are expressly reserved.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated:  February 12, 2018                LAW OFFICES OF LAWRENCE PAIKOFF

                                         /s/ *Richard J. Paikoff*
                                         By:_____
                                            LAWRENCE S. PAIKOFF
                                            Richard J. Paikoff
                                            Attorney for Plaintiff
                                            TOBY HENRY


Dated:  February 12, 2018                GORDON REES SCULLY MANSUKHANI, LLP


                                         /s/ *Kathleen M. Rhoads*
                                         By:_____
                                            KATHLEEN M. RHOADS
                                            Attorneys for Defendant
                                            TEVA PHARMACEUTICALS USA, INC.

1148823/36785567v.1

-2-

Stipulation and Order Extending Deadline For Defendant Teva Pharmaceuticals USA, Inc. to Respond to Plaintiff's Complaint                              2:17-at-01330-TLN-KJN

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

# ORDER

Based upon the foregoing Stipulation and good cause appearing. IT IS HEREBY ORDERED that Defendant Teva may file its response to the Complaint under FRCP Rule 12 by March 12, 2018.

IT IS SO ORDERED.

Dated: 2/12/2018

_____
Troy L. Nunley
United States District Judge

-3-
Stipulation and Order Extending Deadline For Defendant Teva Pharmaceuticals USA, Inc. to Respond to Plaintiff's Complaint          2:17-at-01330-TLN-KJN