# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELINI PHARMA INC., ANGELINI, ANGELINI LABOPHARM LLC, ENDO, ENDO HEALTH SOLUTIONS, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., GRUPPO ANGELINI, LABOPHARM INC., LABOPHARM USA, INC., PALADIN LABS, INC., TEVA PHARMACEUTICALS USA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02593-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT AND TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FORTHCOMING AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | By stipulation of Plaintiff Toby Henry and Defendants Endo Health |
| 2 | Solutions Inc.; Endo Pharmaceuticals Inc.; Teva Pharmaceuticals USA, Inc.; |
| 3 | Angelini Pharma Inc.; Angelini; Angelini LaboPharm LLC; and Gruppo Angelini, |
| 4 | and for good cause shown, |
| 5 | IT IS HEREBY ORDERED that Plaintiff shall file his amended complaint |
| 6 | on or before March 15, 2018.  This amended complaint due on or before March 15, |
| 7 | 2018 will not affect Plaintiff's right to amend as a matter of course under Federal |
| 8 | Rule of Civil Procedure 15(a)(1)(B). |
| 9 | IT IS HEREBY ORDERED that these Defendants are granted an extension |
| 10 | of time to answer or otherwise respond to Plaintiff's Complaint, pending the filing |
| 11 | of Plaintiff's forthcoming amended complaint which shall be filed on or before |
| 12 | March 15, 2018. |
| 13 | IT IS HEREBY ORDERED that these Defendants shall answer or otherwise |
| 14 | respond to Plaintiff's forthcoming amended complaint no later than 14 days after |
| 15 | its filing. |

Dated: March 12, 2018

Troy L. Nunley
United States District Judge